ELLEN D. PAYNE et al., Respondents, *v.* EAGLE SAVINGS AND LOAN COMPANY, Appellant.

*Payne* v. *Eagle Savings & Loan Co.*, 180 App. Div. 910, appeal dismissed.

(Submitted February 4, 1918; decided February 12, 1918.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 7, 1917, *unanimously* affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term in an action to cancel a mortgage for fraud.

The motion was made upon the grounds that the affirmance by the Appellate Division was unanimous and that permission to appeal had not been obtained.

*Joseph R. Clevenger* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.